UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
MAR 24 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Tamecia Jackson )
)
_____ )
)
Name of plaintiff (s) )
)
v. )  Case No. 1:23-cv-62
) (to be assigned by Clerk)
Baylor School )
) Corker / Steger
_____ )
)
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I Tamecia Jackson believe that I was discriminated against because of my race and wrongfully terminated

2. Plaintiff, Tamecia Jackson resides at 907 Chestnut Wood Lane, Chattanooga
street address / city

Hamilton, TN, 37421, 423-777-1395
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, __Baylor School__ lives at, or its business is located at __171 Baylor School Road__ (street address), __Chattanooga__ (city), _____ (county), __TN__ (state), __37405__ (zip code).

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Told to go to class/training on how to get along with others (people in question were white). - Dallas Joseph
I could no longer speak in meeting that I attended and that Dexter Cantelope would speak for me from now on - Dexter Cantelope (white)
Was told that I was set of to fail 3x by Don Curtis (white). I was also told that I would be given an assistant to help me be successful and I need to teach her everything I know - Don Curtis. Mr Curtis also approved my vacation on September 19 and later

2

Mr. Joseph and Mr Curtis demoted me to a bus driver. September 20, 2023 Started my vacation and recieved separation papers as well. The separation paper a deaddine to sign. I did not agree due to me being on a paid vacation. September 21, 2023. I was replaced by a male (White) as the director of Transportation. My replacement did not obtain/have a CDL class B or training skills which was required for the position nor did he know how to drive a bus and was terminated for Hamilton County Schools. September 23, 2023 I was terminated by Mr Joseph. Everything was done by email and I was never able to become a bus driver or return to work. I request my file from HR Brenda Waddell to make sure I had nothing in my file. Per HR and myself I did not have anything in my file. I believe I was wrongfully terminated. I was on a paid vacation and then I was terminated.

Tamecia Jack

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Lost wages and benefits

   b. all fees (court or/and attorney)

   c. Punitive Damage

   d. medical Bills
      Differential Pay

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___24th___ day of ___March___, 20_23_.

_Tamocia [signature]_

Signature of plaintiff (s)

3